BEFORE THE FIRST DIVISION, FEBRUARY 28, 1958

**No. 61599.**—Alex Murphy & Co. *v.* United States, protests 283589–K and 283590–K (Philadelphia).

Opinion by OLIVER, C. J.   In accordance with stipulation of counsel that the merchandise consists of parts of machine tools the same in all material respects as those the subject of Abstract 61048, the claim of the plaintiff was sustained.

**No. 61600.**—Louis Greenberg & Son, Inc. *v.* United States, protest 314051–K (New York).

Opinion by OLIVER, C. J.   In accordance with stipulation of counsel that the merchandise consists of metal dime savings banks the same in all material respects as those the subject of *M. Pressner & Co.* v. *United States* (36 Cust. Ct. 262, C. D. 1784), the claim of the plaintiff was sustained.

**No. 61601.**—Manca, Inc. *v.* United States, protest 288440–K (New York).

Opinion by OLIVER, C. J.   In accordance with stipulation of counsel that the merchandise consists of parts of magnifiers or as magnifiers, the items in question were held dutiable as claimed, as follows: The items marked "A" at 30 percent under the provision in paragraph 228 (b), as modified by the Japanese Protocol to the General Agreement on Tariffs and Trade (T. D. 53865), supplemented by Presidential proclamation (T. D. 53877), for parts of microscopes and (2) the items marked "B" at 25 percent under the provision in said paragraph, as modified, *supra*, for microscopes, not specially provided for, valued at under $25 each.